**WO**                                                                                                                                          LMH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Israel, | ) No. CV 05-3766-PHX-SMM (BPV) |
| Plaintiff, | ) **ORDER FOR PAYMENT** |
| vs. | ) **OF REMAINING BALANCE** |
| | ) **OF INMATE FILING FEE** |
| Maricopa County Sheriff's Office, et al., | ) |
| Defendants. | ) |

**TO: ARIZONA DEP'T OF CORRECTIONS DIRECTOR DORA B. SCHRIRO.**

Plaintiff Michael Israel, #205134, presently confined in the Arizona State Prison Complex in Alhambra, has been assessed a filing fee of $250.00 for this action pursuant to 28 U.S.C. § 1915(b)(1). An Order (dkt. #4) to collect the filing fee was previously issued to the Maricopa County Sheriff. Plaintiff has since been transferred to the custody of the Arizona Department of Corrections, and none of the filing fee has been collected. Therefore, the Director of the ADOC or her designee is now required to incrementally collect the $250.00 fee must from Plaintiff's inmate's trust account.

**IT IS ORDERED:**

(1) The Director of the Arizona Department of Corrections or her designee must forward to the Clerk of Court the $250.00 filing fee, by collecting monthly payments from Plaintiff's trust account in an amount equal to 20 percent of the preceding month's income,

1 each time the amount in the account exceeds $10.00. The payments must be clearly
2 identified by the name and number assigned to this action.

3     (2) The Director of the Arizona Department of Corrections or her designee must
4 notify the Clerk of the Court in writing when Plaintiff is released or transferred to a
5 correctional institution other than the Arizona Department of Corrections, so new billing
6 arrangements may be made to collect any outstanding balance.

7     (3) The Clerk of the Court must serve by mail a copy of this Order on the Director
8 of the Arizona Department of Corrections, 1601 West Jefferson, Phoenix, Arizona, 85007.

9     (4) The Clerk of the Court must serve by mail a copy of this Order on Michael
10 Brodsky, Office of the Arizona Attorney General, 1275 West Washington, Phoenix, Arizona,
11 85007.

12     DATED this 22nd day of May, 2006.

                                        Stephen M. McNamee
                                        United States District Judge